In the Matter of the Application of ROBERT R. SWITZKY, Doing Business under the Firm Name and Style of SWITZKY & CO., Respondent, to Cancel and Discharge an Undertaking Made and Executed by ROBERT R. SWITZKY, as Principal, and CONTINENTAL CASUALTY COMPANY, as Surety, Which Bond Was Furnished to Discharge a Mechanic's Lien Filed by MORRIS DEMOLITION CORPORATION, Appellant, etc., Affecting Premises Situated on the Southeast Corner of Thirty-sixth Street and Eighth Avenue, Being One Hundred Feet on Thirty-sixth Street and Twenty-five Feet on Eighth Avenue, Front and Rear, and Known as No. 516 Eighth Avenue, Borough of Manhattan, City of New York.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Goldberger-Raabin, Inc.*, v. *74 Second Avenue Corp.*, 252 N. Y. 336.) Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LYTTLETON B. P. GOULD, Respondent, v. WILLIAM S. MURRAY and Another, Defendants. COULTER D. YOUNG, Individually and as Secretary of International Paper Company and International Land Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of SOL M. EBERT, Appellant, against FIRST INDEPENDENT BENEVOLENT SOCIETY OF THE CITY OF ODESSA, Also Known as INDEPENDENT FIRST ODESSA SICK BENEVOLENT ASSOCIATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

IRENE HOLDING CORPORATION, Respondent, v. NEW YORK STEAM CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the UNION INDEMNITY COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Conservator of the Assets of the UNION INDEMNITY COMPANY, Appellant; NATHAN BLOCK & CO., INC., Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Matter of Equitable Casualty & Surety Co.*, 235 App. Div. 844.) Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SARA GREENBAUM, Respondent, v. ISIDORE GREENBAUM, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the UNION MUTUAL CASUALTY INSURANCE CORPORATION. ALMA KENDALL KING and JENNIE HAWKE, Appellants; SUPERINTENDENT OF INSURANCE, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.